FILED
February 23, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

CAUSE NO. 03-14-00553-CV

Steven Paul Wilson,
          Appellant,          §          IN THE COURT OF APPEALS

v.                            §          THIRD DISTRICT OF TEXAS

Charles C. Dorbandt,          §
          Appellee.           §          AUSTIN DIVISION

_____

APPELLANT'S REPLY BRIEF AND MEMORANDUM IN SUPPORT

_____

**COMES NOW**, Appellant, Steven Paul Wilson, in reply to Appellee's Memorandum in Answer to Appellant's Brief. As not to be overly redundant Appellant will keep his reply to a bare minimum. For the following reasons Appellee's memorandum is not persuasive:

1) Appellee's brief was due January 9, 2015 and Appellee as put forth no reason for his brief being 31 days late. Thus, no reasonable cause  exists for Appellee's tardiness and this appeal should be decided on Appellant's Brief alone. Notwithstanding:

2) Appellee continues with his general denials. Appellee's "No Evidence" Summary Judgement Motion failed to specifically state the elements for which there is no evidence, and therefore the summary judgement cannot stand;

3) Statute of Limitations:

a. Appellant in his cause of action specifically pled fraudûlant  concealment up to and including August 26, 2013 well within the 2 year statute of limitation for mal practice. Appellee failed to negate the allegation and conclusively establish the bar. Statute of limitations does not bar this action;

1.

RECEIVED
FEB 2 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

b. Appellant in his cause of action specifically plead that the defamation, and slander/libel arose from Appellee's perjured testimony at the evidentiary hearing held on August 26, 2013 and thus well within the 1 year statute of limitations for this type of cause of action. Whether Appellee purjured himself is a fact question to be decided by the jury. Statute of limitations does not bar this cause of action:

4) Appellee can take no comfort in district court's adverse ruling on Appellant's 11.07 in that:

a. Appellee was not a party to that action;

b. The habeas is ongoing, **Wilson v. Stephens**, Case No. A-14-CA-382-3-LY, United States District Court for Western District of Texas. And;

c. The state court's judgement hinged on Appellee's purjured testimony.

5) Appellant was not afforded "adequate time" for discovery And;

a. The district court failed to rule on any of Appellant's pending discovery motions;

b. Non-parties, State's Attorney Martin Placke and Lee County Sheriff Rodney E. Myers, failed to comply to subpoenas seeking specific discovery in their respective possession that establishes actual instances of perjury by Appellee at the evidentiary hearing of August 26, 2013. And;

c. That these and other discovery issues are currently before this Honorable Court, **In re Steven Paul Wilson**, No._____. (Writ of Mandamus addressing discovery issues).

6) Appellant was not given actual notice to the summary judgement hearing. An unsigned, by the district court, notice produced by Appellee does not suffice.

7) That the district court failed to give Appellant an opportunity to amend his pleadings if the court found the same to be deficient.

## IN CONSLUSION

Appellant gives this HOnorable Court numerous ground in which the Court can vacate the improperly entered no evidence summary judgement, and Appellant would respectfully request that the Court address each and every one so as to preclude readdressing the same issues at a latter date. The summary judgement should be vacated and the case remanded with instructions.

WHEREFORE, Appellant would pray that the relief requested herein be GRANTED.

Respectfully submitted,

_Steven Wilson_

Steven Wilson 1638937

## CERTIFICATE OF SERVICE

I, Appellant, Steven Paul Wilson do hereby certify that I have this day, the _17th_ day of February, 2015 mailed a copy of the foregoing Reply Brief and Memorandum to the following:

Charles C. Dorbandt
Attorney at Law
7000 N. Mopac Expwy
Suite 200
Austin, TX 78731

_Steven Wilson_

Steven Wilson 1638937
Polunksy Unit
3872 FM 350 South
Livingston, TX 77351

3.

February 17, 2015

Dear Clerk,

Earlier last month I filed a writ of mandamus in relation to this case, **In re Steven Paul Wilson**, No._____. I do not no the case number. When I mailed in I requested a file-stamped copy, but heard nothing back. Being incarcerated, and having opnly access to a typewriter, this would be my only way to have an orignial copy and the case no. If possible, I'd still like to have a copy of the mandamus I filed. For your convenience I've enclosed a SASE. If not possible, please at send me the case number so I'll now that the Writ was received. Thanks.

Sincerely,

Steve Wilson 1638937
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351


PS: Also, a filed-stamped copy of the enclosed. Thanks, again.

RECEIVED

FEB 2 3 2015

THIRD COURT OF APPEALS
JEFFREY D KYLE

FOREVER USA 2014

FOREVER USA 2014

NORTH HOUSTON TX

19 FEB 2015 PM 9 L

Steve Wilson 1638937
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

Clerk of the Court
Court of Appeals
Third District
PO Box 12547
Austin, TX 78711-2547

78711-2547 47